UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELDER SANTOS,

Plaintiff,

-v-

SIPA PRESS, INC., et al.,

Defendants.

26cv4954 (DLC)

ORDER

DENISE COTE, District Judge:

Plaintiff filed the complaint in this action on June 11, 2026. On August 17, defendants moved to dismiss pursuant to Rule 19, Fed. R. Civ. P., and on the grounds of forum non conveniens. The motion will be fully submitted on September 18. The parties appeared for an initial pretrial conference on September 4, during which defendants requested a stay of discovery pending resolution of their motion to dismiss. Accordingly, it is hereby

ORDERED that discovery in this case is stayed pending resolution of defendants' August 17 motion.

Dated: New York, New York
September 4, 2026

DENISE COTE
United States District Judge